

Ryan T. Benson
312.422.6138 Direct
312.422.6110 Facsimile
rbenson@ohaganmeyer.com

November 21, 2023

*Defendant's request is DENIED, but the Court will cancel the conference if an appropriate joint letter and case management plan are submitted, and there are no objections. The Clerk of Court is directed to terminate the motions at ECF Nos 14 and 18.*

The Honorable Arun Subramanian
United States District Court
Southern District of New York

*SO ORDERED.*

**Re:** **Cromitie v. Hal Leonard, LLC**
    **Case #: 1:23-cv-07743-AS**

*Arun Subramanian, U.S.D.J.*
*Date: November 22, 2023*

Dear Judge Subramanian:

On October 24, 2024, this Court Ordered an Initial Pretrial Conference to take place on November 30, 2023 (ECF #13). Based on the Court's Pre-Trial Conference Standing Order, the parties are required to file a Joint Letter and Case Management Plan by November 21, 2023 (today).

Defendant filed a Motion to Dismiss on October 31, 2023 (ECF #14). Plaintiff filed an Amended Complaint on November 15, 2023 (ECF #17). After reviewing the Amended Complaint, Defendant anticipates refiling a Motion to Dismiss on or before November 29, 2023.

Based on the anticipated filing of the Motion to Dismiss the Amended Complaint, Defendant respectfully requests that the deadline to file the Joint Letter and Case Management Plan is stricken. Further, Defendant requests the Initial Pretrial Conference date be stricken pending the outcome of the Motion to Dismiss.

Plaintiff opposes this request.

Respectfully submitted:

Ryan T. Benson

RTB:jhm
cc:    All Attorneys of Record (*via* ECF)